GEORGE CONOVER, appellant,

*v.*

GUARANTEE TRUST COMPANY et al., respondents.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *88 N. J. Eq. 450.*

*Mr. William M. Clevenger,* for the respondent.

*Mr. Clarence L. Cole,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS—9.

*For reversal*—None.